Case 7:24-cv-00020   Document 12   Filed on 09/25/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JORGE ERNESTO BLANCO-RODRIGUEZ ) | |
| ) | CIVIL ACTION NUMBER |
| VS. ) | M-24-00020 |
| ) | |
| UNITED STATES OF AMERICA ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner Jorge Ernesto Blanco-Rodriguez's cause of action. After having reviewed said Report and Recommendation, and after appropriate review of Plaintiff's Objections and Respondent's response to Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry Number 9 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Movant and counsel for Respondent.

DONE on this 25th day of September, 2024, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE